# EXHIBIT 2

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **TRENTON LANE SMITH**, | |
|     PLAINTIFF, | |
| VS. | Civil Action File No.<br>24-C-08556-S5 |
| **TRUIST BANK**, | |
|     DEFENDANT. | |

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

Notice is hereby given that on September 23, 2024, pursuant to the provisions of 28 U.S.C. §§ 1332, *et seq.*, Defendant Truist Bank ("Truist") filed with the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of the above-captioned case. A copy of the Notice of Removal is attached hereto as **Exhibit 1**, and notice is being provided to Plaintiff.

Respectfully submitted this 23rd day of September, 2024.

                      **BRADLEY ARANT BOULT CUMMINGS LLP**

                      */s/ Nancy H. Baughan*
                      Nancy H. Baughan
                      Georgia Bar No. 042575
                      Jonathan J. Stuart
                      Georgia Bar No. 337053
                      nbaughan@bradley.com
                      jstuart@bradley.com
                      Promenade Tower
                      1230 Peachtree Street NE
                      Atlanta, GA  30309
                      (404) 868-2013
                      (404) 868-2010 (facsimile)
                      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a copy of the within and foregoing **NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** upon all parties of record to this matter by filing same with the Clerk of Court using the Court's eFile system which will send email notification to all parties of record in this action.

This 23rd day of September, 2024.

                                                       */s/ Nancy H. Baughan*
                                                      Nancy H. Baughan